# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MARKEE ROSS,** *et al.*                                                             **PLAINTIFFS**

**v.**                   **Case No. 2:17-cv-00031-KGB**

**CITY OF HELENA-WEST HELENA,**
**ARKANSAS,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court is a motion to withdraw the motion to dismiss filed by defendants City of Helena-West Helena ("the City") and Joshua Cross, individually (Dkt. No. 25). In the motion, defendants submit that they filed a second motion to dismiss on May 6, 2019, due to the difficulty experienced to that date of getting plaintiffs Markee Ross and Chadrick Davis' depositions scheduled (*Id.*, ¶ 6). Defendants represent that plaintiffs both appeared for and gave depositions on May 23, 2019 and, as such, plaintiffs have complied with the Court's October 4, 2018, Order (*Id.*, ¶¶ 7-8). Defendants represent that their second motion to dismiss is now moot and respectfully withdraw the motion (*Id.*, ¶¶ 9-10). For good cause shown, the Court grants defendants' motion to withdraw their second motion to dismiss (Dkt. No. 25). The Court denies as moot defendants' second motion to dismiss (Dkt. No. 23). The Court will reset the trial date and relevant pretrial deadlines in a separate amended final scheduling order.

It is so ordered this 24th day of June, 2019.

                                                           Kristine G. Baker
                                                           United States District Judge