IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARKEE ROSS and CHADRICK DAVIS**                                                **PLAINTIFFS**

v.                                Case No.  2:17-cv-00031 KGB

**CITY OF HELENA-WEST HELENA,
ARKANSAS,** *et al.*                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Opinion and Order filed on this date, it is considered, ordered, and adjudged that plaintiffs Markee Ross and Chadrick Davis's complaint is dismissed (Dkt. No. 2). The relief sought is denied.

So adjudged this 30th day of November, 2020.

_____
Kristine G. Baker
United States District Judge